UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61768-BB

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **ERICK M. RUIZ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## JOINT MOTION TO STAY AND STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Erick M. Ruiz ("Ruiz") respectfully move to stay this matter for 90 days, and provide this status report:

1. On September 24, 2024, the Commission filed its Complaint against Ruiz alleging violation of the registration provisions of the federal securities laws. *See* DE 1. The Complaint seeks a permanent injunction, disgorgement, plus prejudgment interest thereon, and a civil money penalty against Ruiz. *Id*.

2. On June 18, 2025, the Commission filed its motion for summary judgment against Ruiz [DE 25].

3. The parties thereafter reached a tentative settlement. On June 30, 2025, Ruiz provided to the Commission staff his executed consent to a final judgment, which final judgment embodies the proposed terms for resolution of this matter. The Commission staff must now begin the process of seeking authority from the four-member Commission in Washington, D.C., to approve the proposed settlement.

4. As such, the parties respectfully ask the Court to stay this matter for 90 days so the Commission staff can obtain authority from the Commission to approve the proposed settlement.

July 1, 2025                                              Respectfully submitted,

| /s/ Stephanie N. Moot | /s/ Peter J. Solnick |
|---|---|
| Stephanie N. Moot | Peter J. Solnick |
| Senior Trial Counsel | Fla Bar. No. 670006 |
| Fla. Bar No. 30377 | Tel: 305-629-6530 |
| Direct Dial: (305) 982-6313 | Email: pete@solnicklaw.com |
| Email: moots@sec.gov | |
| Attorney for Plaintiff | |
| | |
| **SECURITIES AND EXCHANGE COMMISSION** | **SOLNICK LAW P.A.** |
| 801 Brickell Avenue, Suite 1950 | 3363 NE 163rd Street, Suite 801 |
| Miami, Florida 33131 | North Miami Beach, FL 33160 |
| Phone: (305) 982-6300/Fax: (305) 536-4146 | |